United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01081-HWV |
| David L. Bucher | Chapter 13 |
| Cherie A. Bucher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 6 |
| Date Rcvd: Dec 08, 2021 | Form ID: ordsmiss | Total Noticed: 108 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David L. Bucher, Cherie A. Bucher, 211 Wyoming Avenue, Enola, PA 17025-2433 |
| 5058866 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5363788 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5363789 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive Fishers, IN 46037-9764 |
| 5036121 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, northwest savings bank, 100 liberty street, Warren, PA 16365 |
| 5044100 | + | Northwest Bank assignee of, Northwest Consumer Discount Co, PO Box 337, Warren, PA 16365-0337 |
| 5036140 | | SS&T bank, po box 84024, Columbus, GA 31908-4024 |
| 5036141 | | SS&T card services, po box 23060, Columbus, GA 31902-3060 |
| 5055521 | + | SST as servicing agent for CIGPF I CORP, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 5036142 | + | SST/SYNOVUS, 4315 pickett road, Saint Joseph, MO 64503-1600 |
| 5036074 | + | caliber home loans, 715 south metropolitan, Oklahoma City, OK 73108-2054 |
| 5036076 | + | caliber home loans, po box 24610, Oklahoma City, OK 73124-0610 |
| 5036086 | | capital one na, po box 71087, Charlotte, NC 28272-1087 |
| 5036102 | | department of education, 123 justison st. suite, 3rd floor, Newark, DE 19713 |
| 5036112 | + | lowes, po box 930914, Atlanta, GA 31193-0914 |
| 5036117 | + | mariner finance, 8211 town center drive, Nottingham, MD 21236-5904 |
| 5036119 | | mariner finance, 8211 town center drive, baltimore, MD 21236-5904 |
| 5036123 | + | northwest savings bank, 100 liberty street po box 788, Warren, PA 16365-0788 |
| 5036120 | + | northwest savings bank, po box 3001, Warren, PA 16365-1101 |
| 5036130 | | pinnalce health hospitals services, po box 88087, Chicago, IL 60680-1087 |
| 5036172 | + | toys r us, 4315 pickett road, Saint Joseph, MO 64503-1600 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | | |
| | | | Dec 08 2021 23:48:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | | |
| | | | Dec 08 2021 23:48:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5047474 | | EDI: GMACFS.COM | | |
| | | | Dec 08 2021 23:48:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5423704 | + | EDI: AISACG.COM | | |
| | | | Dec 08 2021 23:48:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5054780 | | EDI: BECKLEE.COM | | |
| | | | Dec 08 2021 23:48:00 | American Express National Bank, c/o Becket and |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| 5058866 | | EDI: BL-BECKET.COM | Dec 08 2021 23:48:00 | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| | | | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5036107 | | EDI: DISCOVER.COM | Dec 08 2021 23:48:00 | discover financial services, po box 15316, Wilmington, DE 19850 |
| 5038378 | | EDI: DISCOVER.COM | Dec 08 2021 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5036087 | | EDI: JPMORGANCHASE | Dec 08 2021 23:48:00 | CHASE AMAZON, po box 1423, Charlotte, NC 28201-1423 |
| 5036088 | | EDI: JPMORGANCHASE | Dec 08 2021 23:48:00 | chase bank, po box 15298, Wilmington, DE 19850 |
| 5064473 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 19:03:06 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5059382 | + | EDI: MID8.COM | Dec 08 2021 23:48:00 | Midland Funding, LLC, Midland Credit Management, Inc. as agent, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5064699 | | EDI: NAVIENTFKASMSERV.COM | Dec 08 2021 23:48:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5050081 | | EDI: AGFINANCE.COM | Dec 08 2021 23:48:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5116810 | | EDI: PRA.COM | Dec 08 2021 23:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5116811 | | EDI: PRA.COM | Dec 08 2021 23:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5059339 | | EDI: PRA.COM | Dec 08 2021 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5036756 | + | EDI: RECOVERYCORP.COM | Dec 08 2021 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5060915 | | EDI: Q3G.COM | Dec 08 2021 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5064772 | | EDI: Q3G.COM | Dec 08 2021 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5064773 | | EDI: Q3G.COM | Dec 08 2021 23:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5058354 | + | EDI: SALLIEMAEBANK.COM | Dec 08 2021 23:48:00 | Sallie Mae, Po Box 3319, Wilmington, DE 19804-4319 |
| 5064112 | + | EDI: RMSC.COM | Dec 08 2021 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5036167 | + | EDI: WTRRNBANK.COM | Dec 08 2021 23:48:00 | TD BANK TARGET, po box 1470, NCD-0450, Minneapolis, MN 55440-1470 |
| 5065457 | + | Email/Text: bncmail@w-legal.com | Dec 08 2021 18:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5036169 | + | EDI: CITICORP.COM | Dec 08 2021 23:48:00 | The home depot, po box 6497, Sioux Falls, SD 57117-6497 |
| 5062961 | | EDI: AIS.COM | Dec 08 2021 23:48:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5055964 | | EDI: WFFC.COM | Dec 08 2021 23:48:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5036066 | + | EDI: GMACFS.COM | Dec 08 2021 23:48:00 | ally financial, po box 380901, Minneapolis, MN 55438-0901 |
| 5036067 | | EDI: GMACFS.COM | Dec 08 2021 23:48:00 | ally financial, po box 380901, bloomington, MN 55438-0901 |
| 5036068 | + | EDI: AMEREXPR.COM | Dec 08 2021 23:48:00 | american express, po box 981537, El Paso, TX 79998-1537 |
| 5036069 | | EDI: TSYS2 | Dec 08 2021 23:48:00 | barclaycard, po box 13337, Philadelphia, PA 19101-3337 |
| 5036070 | + | EDI: TSYS2 | Dec 08 2021 23:48:00 | barclays bank deleware, 125 south west st., Wilmington, DE 19801-5014 |
| 5036071 | + | EDI: TSYS2 | Dec 08 2021 23:48:00 | barclays bank deleware, po box 8803, Wilmington, DE 19899-8803 |
| 5036072 | | EDI: WFNNB.COM | Dec 08 2021 23:48:00 | boscov's, po box 659622, San Antonio, TX 78265-9622 |
| 5036073 | + | EDI: HFC.COM | Dec 08 2021 23:48:00 | boscov's, po box 30253, Salt Lake City, UT 84130-0253 |
| 5036075 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 08 2021 18:49:00 | caliber home loans, 13801 wireless way, Oklahoma City, OK 73134-2500 |
| 5036077 | | Email/Text: cms-bk@cms-collect.com | Dec 08 2021 18:48:00 | capital management services, 698 1/2 south ogden st., Buffalo, NY 14206-2317 |
| 5036078 | + | EDI: CAPITALONE.COM | Dec 08 2021 23:48:00 | capital one, po box 30281, Salt Lake City, UT 84130-0281 |
| 5036083 | | EDI: CAPITALONE.COM | Dec 08 2021 23:48:00 | capital one bank, po box 71083, Charlotte, NC 28272-1083 |
| 5036084 | + | EDI: CAPITALONE.COM | Dec 08 2021 23:48:00 | capital one bank, PO box 30281, Salt Lake City, UT 84130-0281 |
| 5036085 | | EDI: CAPITALONE.COM | Dec 08 2021 23:48:00 | capital one bank usa na, po box 71083, Charlotte, NC 28272-1083 |
| 5036090 | | EDI: WFNNB.COM | Dec 08 2021 23:48:00 | comenity bank, po box 182789, Columbus, OH 43218-2789 |
| 5036091 | | EDI: WFNNB.COM | Dec 08 2021 23:48:00 | comenity bank new york, po box 182789, Columbus, OH 43218-2789 |
| 5036092 | | EDI: WFNNB.COM | Dec 08 2021 23:48:00 | comenity brylane home, po box 659728, San Antonio, TX 78265-9728 |
| 5036093 | + | EDI: WFNNB.COM | Dec 08 2021 23:48:00 | comenity capital one boscovs, po box 182120, Columbus, OH 43218-2120 |
| 5036094 | | EDI: WFNNB.COM | Dec 08 2021 23:48:00 | comenity lane bryant, po box 659728, San Antonio, TX 78265-9728 |
| 5036095 | | EDI: WFNNB.COM | Dec 08 2021 23:48:00 | comenity new york, po box 659728, San Antonio, TX 78265-9728 |
| 5036096 | + | EDI: WFNNB.COM | Dec 08 2021 23:48:00 | comentiy bank victorias secret, po box 182789, Columbus, OH 43218-2789 |
| 5036097 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2021 19:03:02 | credit one bank, po box 60500, City of Industry, CA 91716-0500 |
| 5036098 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2021 19:02:57 | credit one bank, po box 98872, Las Vegas, NV 89193-8872 |
| 5036100 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2021 19:02:56 | credit one bank, po box 98873, Las Vegas, NV |

| Record | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 89193-8873 |
| 5036103 | + EDI: NAVIENTFKASMDOE.COM | Dec 08 2021 23:48:00 | department of education navient, po box 9635, Wilkes Barre, PA 18773-9635 |
| 5036108 | EDI: CITICORP.COM | Dec 08 2021 23:48:00 | home depot credit service, po box 9001010, Louisville, KY 40290-1010 |
| 5036109 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 08 2021 18:48:00 | kohls capital one, po box 3115, Milwaukee, WI 53201-3115 |
| 5036110 | Email/Text: PBNCNotifications@peritusservices.com | Dec 08 2021 18:48:00 | kohls payment center, po box 2983, Milwaukee, WI 53201-2983 |
| 5036113 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | lowes, po box 530914, Atlanta, GA 30353-0914 |
| 5036114 | + EDI: RMSC.COM | Dec 08 2021 23:48:00 | lowes, po box 965005, Orlando, FL 32896-5005 |
| 5036124 | EDI: AGFINANCE.COM | Dec 08 2021 23:48:00 | one main, capital city plaza shop cntr, 3401 hartzdale dr. suite 126, Camp Hill, PA 17011-7238 |
| 5036128 | EDI: AGFINANCE.COM | Dec 08 2021 23:48:00 | one main financial, po box 1010, Evansville, IN 47706-1010 |
| 5036126 | EDI: AGFINANCE.COM | Dec 08 2021 23:48:00 | one main financial, po box 742536, Cincinnati, OH 45274-2536 |
| 5036131 | EDI: SALLIEMAEBANK.COM | Dec 08 2021 23:48:00 | sallie mae, po box 8377, Philadelphia, PA 19101-8377 |
| 5036132 | + EDI: SALLIEMAEBANK.COM | Dec 08 2021 23:48:00 | sallie mae, po box 3229, Wilmington, DE 19804-0229 |
| 5036135 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | sams club, po box 965005, Orlando, FL 32896-5005 |
| 5036134 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | sams club, po box 965036, Orlando, FL 32896-5036 |
| 5036138 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | sams club/synchrony bank, po box 530942, Atlanta, GA 30353-0942 |
| 5036143 | + EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb amazon, po box 965015, Orlando, FL 32896-5015 |
| 5036144 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb amazon place, po box 965036, Orlando, FL 32896-5036 |
| 5036147 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb ashleys homestores, po box 965036, Orlando, FL 32896-5036 |
| 5036148 | + EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb care credit, po box 965036, Orlando, FL 32896-5036 |
| 5036149 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb jcpenny, po box 965007, Orlando, FL 32896-5007 |
| 5036150 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb lowes, po box 965036, Orlando, FL 32896-5036 |
| 5036152 | + EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb toys r us, po box 965001, Orlando, FL 32896-5001 |
| 5036154 | + EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb toys r us, po box 965036, Orlando, FL 32896-5036 |
| 5036155 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb walmart, po box 965024, Orlando, FL 32896-5024 |
| 5036156 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | syncb walmart, po box 965036, Orlando, FL 32896-5036 |
| 5036163 | EDI: RMSC.COM | Dec 08 2021 23:48:00 | synchrony Bank JCP, po box 960090, Orlando, FL 32896-0090 |
| 5036159 | EDI: RMSC.COM | | |

| Recip ID | Bypass Reason | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 08 2021 23:48:00 | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5036162 | | EDI: RMSC.COM | Dec 08 2021 23:48:00 | synchrony bank amazon, po box 960013, Orlando, FL 32896-0013 |
| 5036164 | + | EDI: RMSC.COM | Dec 08 2021 23:48:00 | synchrony/lowes, po box 965005, Orlando, FL 32896-5005 |
| 5036165 | | EDI: WTRRNBANK.COM | Dec 08 2021 23:48:00 | target card services, po box 660170, Dallas, TX 75266-0170 |
| 5036166 | + | EDI: WTRRNBANK.COM | Dec 08 2021 23:48:00 | target corporation, po box 673, Minneapolis, MN 55440-0673 |
| 5036168 | + | EDI: CITICORP.COM | Dec 08 2021 23:48:00 | thd/cbna, po box 6497, Sioux Falls, SD 57117-6497 |
| 5036170 | | EDI: RMSC.COM | Dec 08 2021 23:48:00 | toys r us, po box 530939, Atlanta, GA 30353-0939 |
| 5036174 | | EDI: WFNNB.COM | Dec 08 2021 23:48:00 | victoria's secret, po box 659728, San Antonio, TX 78265-9728 |
| 5036175 | | EDI: RMSC.COM | Dec 08 2021 23:48:00 | walmart synchrony bank, po box 530927, Atlanta, GA 30353-0927 |
| 5036177 | | EDI: WFFC.COM | Dec 08 2021 23:48:00 | wells fargo, po box 71118, Charlotte, NC 28272-1118 |
| 5036178 | | EDI: WFFC.COM | Dec 08 2021 23:48:00 | wf financial cards, po box 14517, CSCL DSP TM MAC N8235-04M, Des Moines, IA 50306-3517 |

TOTAL: 88

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5060700 | *+ | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 5036089 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, chase bank, po box 15298, Wilmington, DE 19850 |
| 5056782 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5036122 | *P++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337, address filed with court:, northwest savings bank, po box 1793, Warren, PA 16365-6793 |
| 5036079 | *+ | capital one, po box 30281, Salt Lake City, UT 84130-0281 |
| 5036080 | *+ | capital one, po box 30281, Salt Lake City, UT 84130-0281 |
| 5036081 | *+ | capital one, po box 30281, Salt Lake City, UT 84130-0281 |
| 5036082 | *+ | capital one, po box 30281, Salt Lake City, UT 84130-0281 |
| 5036099 | * | credit one bank, po box 98872, Las Vegas, NV 89193-8872 |
| 5036101 | * | credit one bank, po box 98873, Las Vegas, NV 89193-8873 |
| 5036104 | *+ | department of education navient, po box 9635, Wilkes Barre, PA 18773-9635 |
| 5036105 | *+ | department of education navient, po box 9635, Wilkes Barre, PA 18773-9635 |
| 5036111 | * | kohls payment center, po box 2983, Milwaukee, WI 53201-2983 |
| 5036115 | *+ | lowes, po box 965005, Orlando, FL 32896-5005 |
| 5036116 | *+ | lowes, po box 965005, Orlando, FL 32896-5005 |
| 5036118 | *+ | mariner finance, 8211 town center drive, Nottingham, MD 21236-5904 |
| 5036125 | * | one main, capital city plaza shop cntr, 3401 hartzdale dr. suite 126, Camp Hill, PA 17011-7238 |
| 5036129 | *+ | one main financial, po box 1010, Evansville, IN 47706-1010 |
| 5036127 | * | one main financial, po box 742536, Cincinnati, OH 45274-2536 |
| 5036133 | *+ | sallie mae, po box 3229, Wilmington, DE 19804-0229 |
| 5036137 | * | sams club, po box 965005, Orlando, FL 32896-5005 |
| 5036136 | * | sams club, po box 965036, Orlando, FL 32896-5036 |
| 5036139 | * | sams club/synchrony bank, po box 530942, Atlanta, GA 30353-0942 |
| 5036145 | * | syncb amazon place, po box 965036, Orlando, FL 32896-5036 |
| 5036146 | * | syncb amazon place, po box 965036, Orlando, FL 32896-5036 |

| | | |
|---|---|---|
| 5036151 | * | syncb lowes, po box 965036, Orlando, FL 32896-5036 |
| 5036153 | *+ | syncb toys r us, po box 965001, Orlando, FL 32896-5001 |
| 5036157 | * | syncb walmart, po box 965024, Orlando, FL 32896-5024 |
| 5036158 | * | syncb walmart, po box 965036, Orlando, FL 32896-5036 |
| 5036160 | * | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5036161 | * | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5036171 | * | toys r us, po box 530939, Atlanta, GA 30353-0939 |
| 5036173 | *+ | toys r us, 4315 pickett road, Saint Joseph, MO 64503-1600 |
| 5036176 | * | walmart synchrony bank, po box 530927, Atlanta, GA 30353-0927 |
| 5036106 | ## | discover financial services, po box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 0 Undeliverable, 36 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:

**Name** **Email Address**

Brian Nicholas
on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Gregory S Hazlett
on behalf of Debtor 2 Cherie A. Bucher adlitem@pa.net

Gregory S Hazlett
on behalf of Debtor 1 David L. Bucher adlitem@pa.net

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Rebecca Ann Solarz
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

Sindi Mncina
on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com

Thomas Song
on behalf of Creditor CALIBER HOME LOANS  INC. tomysong0@gmail.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David L. Bucher,<br>**Debtor 1**<br><br>Cherie A. Bucher,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18−bk−01081−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 8, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)